RECEIVED
IN LAKE CHARLES, LA
SEP 16 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DERRICK D. BAKER, | * | CIVIL ACTION NO. 2:13-cv-2223 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| WARDEN, RAYBURN CORRECTIONAL CENTER, | * | |
| | * | MAGISTRATE JUDGE KAY |
| Defendant. | * | |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 8] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* [Doc. 1], as amended by the subsequent petition for writ of *habeas corpus* [Doc. 4], be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 15 day of Sept, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE